# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICKEY STRINGFELLOW

vs.                               NO.   4:08CV00576 SWW

EDGE PLAZA LLC

### ORDER

The Court previously notified the parties that the trial in the above matter set for October 26, 2009, would be continued due to another trial on the Court's docket.

The above-styled case will be rescheduled for trial to the Court by separate order.

IT IS SO ORDERED this 26th day of October 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE