IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKEY STRINGFELLOW

v.                              NO. 4:08CV00576 SWW

EDGE PLAZA, LLC.

### ORDER OF DISMISSAL

Pursuant to the joint stipulation of dismissal with prejudice filed by the parties,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 23rd day of April 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE